tition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Frank V. Barns* for petitioner. *Mr. George DeForest Lord* for respondents.

No. 263. OIL TRANSFER CORP. ET AL. *v.* C. F. HARMS CO., INC., ET AL. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Chauncey I. Clark* and *A. Howard Neely* for petitioners. *Messrs. W. H. McGrann* and *Anthony V. Lynch, Jr.,* for respondents.

No. 266. MOSHEIK *v.* UNITED STATES. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Alfred E. Roth* for petitioner. *Solicitor General Biggs* and *Messrs. Harry S. Ridgely* and *W. Marvin Smith* for the United States.

No. 267. BARLETT FRAZIER CO. ET AL. *v.* WALLACE, SECRETARY OF AGRICULTURE, ET AL. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Frederic Ullmann* and *E. R. Morrison* for petitioners. *Solicitor General Biggs* and *Assistant Attorney General Stephens* for respondents.

No. 270. LOUISVILLE & NASHVILLE R. Co. ET AL. *v.* BUMPASS. October 9, 1933. Petition for writ of certiorari to the Supreme Court of Tennessee denied. *Messrs. Edward T. Seay* and *H. J. Livingston* for petitioners. *Mr. Scott FitzHugh* for respondent.